**FILED**

**02/20/2024**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| JONATHAN PADILLA, | ) | **JURY TRIAL** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Cause No: 4:23-cv-00170-SEB-KMB |
| | ) | |
| HUGO DIAZ, and | ) | |
| HUGE MUSIC GROUP, LLC., | ) | |
| Defendants. | ) | |

**MOTION FOR DEFAULT JUDGMENT ON SUM CERTAIN**

**To the Clerk of the U. S. District Court for the Southern District of Indiana**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and supported by the affidavit attached hereto, Plaintiff requests that the clerk enter judgment by default against HUGO DIAZ, Defendant in the above-entitled action, for ONE HUNDRED FIFTY THOUSAND (dollars) ($150,000.00), plus costs and enter judgment by default against HUGE MUSIC GROUP, LLC, Defendant in the above-entitled action, for FIVE HUNDRED THOUSAND (dollars) ($500,000.00), plus costs.

Respectfully submitted by:

/s/Jonathan Padilla *Pro Se*