**FILED**

**02/20/2024**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
**Roger A.G. Sharpe, Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| JONATHAN PADILLA, | ) | **JURY TRIAL** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Cause No:    4:23-cv-00170-SEB-KMB |
| | ) | |
| HUGO DIAZ, and | ) | |
| HUGE MUSIC GROUP, LLC., | ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT**

Defendants, HUGO DIAZ, and HUGE MUSIC GROUP, LLC., having failed to plead or otherwise defend in this action, and default having been entered, NOW, upon application of the Plaintiff and upon affidavit that Defendant HUGO DIAZ is indebted to the Plaintiff in the sum of $150,000.00 and HUGE MUSIC GROUP, LLC., is indebted to the Plaintiff in the sum of $500,000.00, that Defendants are not in the military service of the United States and are not an infant or incompetent person; it is hereby **ORDERED, ADJUDGED AND DECREED**, that Plaintiff recover from Defendant HUGO DIAZ the sum of $150,000.00 plus costs of this action and that Plaintiff recover from Defendant HUGE MUSIC GROUP, LLC., the sum of $500,000.00 plus costs of this action.

DATED:_____                _____
                                                                                    Clerk